# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

JUAN MANUEL IBARRA-BECERRA,

           Defendant.

CASE NO. 08CR4524-W

**JUDGMENT OF DISMISSAL**

FILED
FEB 09 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense of: 21 USC 952, 960.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/9/09

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE